No. 280. WOODS *v.* RAINS ET UX. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Eighth Circuit denied. *Weightstill Woods, pro se.* No appearance for respondents.